In the Matter of DAVID MACADAMS, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

In the Matter of DAVID H. KNOTT, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

(Argued October 4, 1932; decided October 6, 1932.)

*Nathan L. Miller, Harold R. Medina, William Gilbert* and *John W. Jordan* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly* and *William E. C. Mayer* of counsel), for Board of Elections of the city of New York, respondent.

*Morris Hillquit, I. Henry Kutz* and *Louis Waldman* for Algernon Lee, as chairman of the City Committee of the Socialist Party, et al., intervenors-respondents.

*John Godfrey Saxe, John T. Dooling, William B. Crowell, Paul T. Kammerer, David A. Ticktin* and *Emanuel Van Dernoot* for David H. Knott, as chairman of the County Committee of the Democratic Party, respondent.

Order affirmed, without costs, on the authority of *Matter of O'Connell* v. *Corscadden* (243 N. Y. 86). No opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not voting: LEHMAN, J.